JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYU HWA BACK,<br><br>        Plaintiff,<br><br>        v.<br><br>ALLIED CONSULTING AND INVESTMENT INC.,<br><br>        Defendant. | Case No. CV 22-3949 FMO (KSx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 6th day of October, 2022.

                                                                                /s/<br>                                                    Fernando M. Olguin<br>                                            United States District Judge